IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KYLE AUBREY BELL,

     Movant,

v.

UNITED STATES OF AMERICA,

     Respondent.

HABEAS CORPUS
28 U.S.C. § 2255

CIVIL ACTION FILE NO.
1:16-CV-2367-WSD-JKL

CRIMINAL ACTION FILE NO.
1:96-CR-0127-WSD-JKL

## <u>FINAL REPORT AND RECOMMENDATION</u>

Movant has filed a Motion to Correct, Vacate, and/or Set-Aside Pursuant to Title 28 U.S.C. § 2255.  [Doc. 422.]  Movant previously filed a § 2255 motion in 2001, which was denied as untimely.  [Docs. 355, 357.]  Movant filed a second § 2255 motion in 2007, which was denied on the basis that it was successive and untimely.  [Docs. 376, 379.]

Movant may not file a second or successive § 2255 motion without first obtaining permission to do so from the United States Court of Appeals for the Eleventh Circuit.  *See* 28 U.S.C. § 2255(h).  Without such prior authorization, this court "lacks jurisdiction to consider a second or successive motion."  *Farris v. United States,* 333 F.3d 1211, 1216 (11th Cir. 2003).  Movant sought permission to file the present motion, but his application was denied by order dated July 6, 2016.

[Doc. 424.]   Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED** for lack of jurisdiction.

In the absence of subject-matter jurisdiction, 28 U.S.C. § 2253(c) does not apply to this case, and the undersigned offers no recommendation regarding a Certificate of Appealability. *See Walker v. United States*, 367 F. App'x 67, 68-69 (11th Cir. 2010) (citing *Hubbard v. Campbell*, 379 F.3d 1245, 1247 (11th Cir. 2004)).

The Clerk is **DIRECTED** to terminate the referral of this case to the undersigned.

**SO RECOMMENDED AND DIRECTED** this 13th day of July, 2016.

_____
JOHN K. LARKINS III
UNITED STATES MAGISTRATE JUDGE